Opinion filed May 24, 2007















 
 
  
 
 







 
 
  
 
 




Opinion filed May 24, 2007

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                 ____________

 

                                                          No. 11-06-00172-CV 

                                                    __________

 

                                   MARK SWANK ET AL, Appellants

                                                             V.

                          LLOYD
R. CUNNINGHAM ET AL, Appellees

 



 

                                          On
Appeal from the 61st District Court

                                                           Harris
County, Texas

                                               Trial
Court Cause No. 2005-36985

 



 

                                            M
E M O R A N D U M    O P I N I O N

An unopposed joint motion to dismiss appellants= appeal as to John N. Turitzin has been filed in this court.  The motion is granted, and the appeal only as
to John N. Turitzin is dismissed.

 

PER CURIAM

 

May 24, 2007

Panel
consists of:  Wright, C.J.,

McCall, J., and Strange, J.